IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BOBBY LEE FAIR, JR.**

    **Plaintiff,**

v.                                        Case No. 5:16cv70-MW/GRJ

**FLORIDA ASSERTIVE
COMMUNITY TREATMENT, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims for breach of contract against FACT and FACT staff (Beverly Brown, Antoynette Barker, Garrett Sloan, and Donna Beamer) are **DISMISSED** for lack of subject matter jurisdiction. Defendants Antoynette Barker and Garrett Sloan are **DISMISSED**

1

from this case as there are no remaining claims against them." This cause is remitted to the Magistrate Judge for further proceedings.

**SO ORDERED on June 9, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
