IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BOBBY LEE FAIR, JR.,**

    **Plaintiff,**

v.                                                       Case No. 5:16cv70-MW/GRJ

**FLORIDA ASSERTIVE COMMUNITY
TREATMENT, et al.,**

    **Defendants.**
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

SO ORDERED on November 28, 2016.

                                                       <u>s/Mark E. Walker          </u>
                                                       **United States District Judge**